IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD SCOTT,

        Plaintiff,                    No. CIV S-09-0851 EFB P

        vs.

M. MCDONALD, et al.,

        Defendants.             <u>ORDER</u>

      /

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to comply with the court's April 7, 2011 order, which directed plaintiff to file an amended complaint or return materials to the court for service or process on certain defendants. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's May 19, 2011 request is granted to the extent that plaintiff has 30 days from the date this order is served to comply with the April 7, 2011 order.

    So ordered.

DATED: May 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE