IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD SCOTT,

      Plaintiff,                        No. 2:09-cv-00851-MCE-EFB P

      v.

M. McDONALD, et al.,

      Defendants.              ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 12, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 103) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

      Accordingly, IT IS HEREBY ORDERED that:

///

1. The findings and recommendations (ECF No. 103) filed March 12, 2013, are ADOPTED IN FULL; and

2. The August 7, 2012, Motion to Dismiss (ECF No. 90) is GRANTED IN PART and the following claims are DISMISSED WITHOUT PREJUDICE for failure to exhaust:

   a. Plaintiff's claims against Defendants Sharrb, Cooper, Oatman, and Nelson for refusing to feed Plaintiff in his cell or provide an assistant to walk Plaintiff to the dining hall during the first half of 2008;

   b. Plaintiff's claim against Defendant Medina for ordering the confiscation of Plaintiff's medically-necessary vest and cane in May 2009;

   c. Plaintiff's claim against Defendant Betty for refusing to assist Plaintiff in getting a water leak repaired and filling out a sick call slip in September 2007; and

   d. Plaintiff's claim against Defendant Barron for slamming Plaintiff into a wall in November 2007.

3. The Motion to Dismiss (ECF No. 90) is otherwise DENIED.

Date: March 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE