UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD SCOTT,

        Plaintiff,

   v.

M. McDONALD, et al.,

        Defendants.

No.  2:09-cv-0851-MCE-EFB P

ORDER

        Plaintiff, a state prisoner proceeding pro se,[1] filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 1, 2014, the magistrate judge filed findings and recommendations herein, ECF No. 150, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Defendants Betti and Barron have filed objections to the findings and recommendations.

///

///

///

---

[1] The magistrate judge appointed counsel to assist Plaintiff on August 1, 2014.  See ECF No. 150. However, as of October 7, 2014, no appearance has been filed by counsel on behalf of Plaintiff.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed August 1, 2014, ECF No. 150, are ADOPTED IN FULL; and

2. Defendants Betti and Barron's motion to dismiss, ECF No. 143, is DENIED.

IT IS SO ORDERED.

Dated:  October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT