UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD SCOTT, | No. 2:09-cv-0851-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER APPOINTING LIMITED PURPOSE COUNSEL |
| M. McDONALD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference. The court has located pro bono counsel willing to represent plaintiff for the limited purpose of assisting with settlement negotiations. The court advises plaintiff that this appointment is limited to the settlement conference. Should the parties be unable to reach a settlement agreement, the court will resume its efforts to locate pro bono counsel to represent plaintiff for further proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. Andrew Peter Rausch, Jr. is appointed limited purpose counsel in the above-entitled matter. This appointment is for the limited purpose of assisting plaintiff with settlement negotiations during a settlement conference and will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

1

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Peter Rausch, Law Offices of A. Peter Rausch, Jr., 1930 Tienda Dr., Suite 106, Lodi, CA 95242.

DATED: December 29, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE