1

RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
2
Sacramento, California 95815

3
Tel: 916-922-1200 Fax: 916 922-1303

4
Jesse M. Rivera, SBN 84259
Jonathan B. Paul, SBN 215884
5
Shanan L. Hewitt, SBN 200168
Jill B. Nathan, SBN 186136
6
Jamil R. Ghannam, SBN 300730

Attorneys for Defendant,
7
D. MEDINA

8

9         IN THE UNITED STATES DISTRICT COURT

10     IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

11

HOWARD SCOTT,                    )     CASE NO. 2:09-CV-00851 MCE-EFB P
12                               )
          Plaintiff,             )     **STIPULATED   DISMISSAL   WITH**
13                               )     **PREJUDICE   FOR   DEFENDANT**
                                 )     **D. MEDINA [FRCP 41(a)(1)]; ORDER**
14                               )     **THEREON**
                                 )
15   vs.                         )
                                 )
16                               )
                                 )
17   M. McDONALD, et al.,        )
                                 )
18          Defendants.          )
                                 )
19   _____)

20         It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

21   by and between Plaintiff HOWARD SCOTT, by and through his attorney, Andrew Peter Rausch,

22   Jr., and Defendant D. MEDINA, by and through his attorney, Shanan L. Hewitt, that Defendant

23   D. MEDINA is dismissed from this action with prejudice.

24         In consideration of the Stipulation entered by the above-named parties to the United States

25   District Court Eastern District of California action, Scott v. McDonald, et al, Case No. 2:09-CV-

26   00851 MCE-EFB P, Defendant D. MEDINA is dismissed with prejudice pursuant to Federal Rule

27   of Civil Procedure 41(a)(1) with the parties mentioned herein to bear their own fees and costs.

28

Date: ___April 7, 2015_____          ___/s/ Andrew Peter Rausch, Jr.___
                                        ANDREW PETER RAUSCH, JR.
                                        Attorney for PLAINTIFF HOWARD SCOTT


Date: : __April 7, 2015_____          ___/s/ Shanan L. Hewitt_____
                                        SHANAN L. HEWITT
                                        Attorney for DEFENDANT D. MEDINA



**IT IS SO ORDERED**.

Dated:  April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT