KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
DAVID C. GOODWIN, State Bar No. 283322
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 324-5396
 Facsimile:  (916) 324-5205
 E-mail: David.Goodwin@doj.ca.gov
*Attorneys for Defendants Betti and Barron*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD SCOTT**,<br><br>                                           Plaintiff,<br><br>     v.<br><br>**M. McDONALD, et al.**,<br><br>                                           Defendants. | Case No. 2:09-cv-00851-MCE-EFB-P<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

The parties have stipulated to dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 176.)  The Court approves the parties' stipulation.

IT IS SO ORDERED.

Dated:  June 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1